# EXHIBIT 1

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
DIVISION I
CIVIL ACTION, FILE NO. 20-CI-468

| | |
|---|---|
| DANA LAKES ) | |
| ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | |
| VS. ) | |
| ) | |
| LOWE'S HOME CENTERS, LLC ) | |
| a foreign limited liability company ) | COMPLAINT |
| d/b/a Lowe's Companies, Inc. ) | |
| ) | |
| SERVE: Corporation Service Company ) | |
|       421 West Main Street ) | |
|       Frankfort, Kentucky 40601 ) | |
| ) | |
| and ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| DEFENDANTS ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

Comes the Plaintiff, Dana Lakes, by counsel, and for his claim against the Defendant, Lowe's Home Centers, LLC, hereinafter referred to as "Lowe's", states and alleges as follows:

1. Plaintiff, Dana Lakes, hereinafter referred to as "Lakes" has a mailing address of 980 Charlie Norris Road, Richmond, Kentucky 40475.

2. Defendant, Lowes, is a foreign limited liability company which is authorized to do business in the Commonwealth of Kentucky, and which has a principal office located at the time of this injury at 1000 Lowe's Blvd. Mooresville, NC 28117.

3. Upon information and belief Defendant, Whitney Hansford is, or was in October, 2020, an individual resident of the Commonwealth of Kentucky, and is the manager of the Lowe's store at 814 Eastern Bypass, Richmond, Madison County, Kentucky 40475, which store is doing business under the name of Lowe's Companies, Inc.

4. On or about the 24th day of October, 2020, Plaintiff, Lakes, was a business invitee while on premises owned by the Defendant, Lowe's, located at the time of this injury at 814 Eastern Bypass, Richmond, Madison County, Kentucky.

5. Defendant, Lowe's, failed to exercise ordinary care to maintain the premises of the store in a reasonably safe condition for the use of its invitees, including Plaintiff, Lakes.

6. As a direct and proximate result of the negligence of the Defendant, Lowe's, as aforesaid, Plaintiff, Lakes, was seriously injured when cabinets fell on top of him as he was assisting his friend, Chris Blythe, in removing the cabinet display.

7. As a direct and proximate result of the negligence of the Defendant, Lowe's, as aforesaid, Plaintiff, Lakes, has suffered serious physical injury, suffered and will suffer great mental and physical pain, reduction in the quality of life, difficulty in performing activities of daily living; and incurred necessary hospital and medical expenses, and will incur additional expenses in the necessary treatment of his injuries in the future, and is entitled to recover damages for same, which damages exceed the minimum dollar amount to establish the jurisdiction of this Court.

WHEREFORE, the Plaintiff, Lakes, demands judgment against the Defendants, Lowe's and manager, as follows: for compensatory damages as may be proven at trial by jury; for past and future pain and suffering, reduction in the quality of life, and difficulty in performing activities

of daily living; past and future medical expenses; for his costs herein expended; and for all other relief to which he may appear entitled.

                                      COY, GILBERT, SHEPHERD & WILSON
                                      212 North Second Street
                                      P.O. Box 1178
                                      Richmond, Kentucky 40475
                                      (859) 623-3877

                                      /s/Jason S. Wilson
                                      Jason S. Wilson